UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSEPH HARVEY and ANJA KANNELL,**

   **Plaintiffs,**

v.              Case No: 6:16-cv-56-Orl-41TBS

**STEVEN SOTO and HALL,**

   **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff Anja Kannell's Motion for Leave to Appeal *In Forma Pauperis* ("Motion to Appeal IFP," Doc. 28). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation ("R&R," Doc. 29), in which he recommends that the Court certify that Kannell's appeal is not taken in good faith and deny the Motion to Appeal IFP.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the R&R. While Kannell did file an untimely Objection to the R&R (Doc. 30), she failed to correct the deficiencies highlighted by the Magistrate Judge in the R&R. Accordingly, the Court will certify that Kannell's appeal is not taken in good faith and deny the Motion to Appeal IFP.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Pursuant to 28 U.S.C. § 1915(a)(3), the Court **CERTIFIES** that Plaintiff Anja Kannell's appeal is not taken in good faith.

3. Plaintiff Anja Kannell's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 28) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties